```
                                    FILED
                                   OCT 26 2020
                              CLERK, U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA
                           BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROGELIO GONZALEZ-GUERA,<br>~~GUERA-GONZALEZ~~ TN RG<br>　　　　　Defendant. | Case No. 20-CR-2447-CAB<br><br>**I N F O R M A T I O N**<br>**SUPERSEDING**<br><br>Title 18, U.S.C., Secs. 371 and 960 – Conspiracy to Commit Offense Against the United States (Felony) |

The United States Attorney charges:

Beginning in April 2020 and continuing up to and including April 27, 2020, within the Southern District of California and elsewhere, defendant, ROGELIO ~~GONZALEZ-GUERA~~ GUERA-GONZALEZ TN RG, did knowingly and intentionally conspire with other persons known and unknown to commit an offense against the United States, to wit: concealing more than $10,000 in monetary instruments with the intent to evade a currency reporting requirement, in violation of Title 31, United States Code, Section 5332(a), and committed an act to effect the object of the conspiracy, to wit: providing a vehicle to his co-conspirators, and entering the United States from Mexico, providing the vehicle to co-conspirators at a determined location in the United States; all in violation of Title 18, United States Code, Section 371.

DATED: October 21, 2020.

　　　　　　　　　　　　　　　　　ROBERT S. BREWER, JR.
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　*Andrew Sherwood*

　　　　　　　　　　　　　　　　　ANDREW P. SHERWOOD
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

APSH:mt